**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| NETFUEL, INC.,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>CISCO SYSTEMS, INC.,<br><br>　　　　*Defendant*. | Case No. 5:18-cv-2352-EJD<br><br>**[PROPOSED] ORDER GRANTING CISCO SYSTEMS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM FOR WILLFUL AND PRE-SUIT INDUCED INFRINGEMENT**<br><br>Judge:　　Hon. Edward J. Davila<br>Hearing:　September 27, 2018<br>Time:　　9:00 a.m. |

Defendant Cisco Systems, Inc.'s ("Cisco") Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim for Willful Infringement and Pre-suit Induced Infringement ("Motion") was heard on September 27, 2018, in the above entitled Court.  Having considered the pleadings and memoranda filed by the parties, and after hearing the arguments of counsel, good cause appearing, it is hereby ordered, adjudged, and decreed that Cisco's Motion is GRANTED.  Plaintiff's claims of willful infringement and any claims of pre-suit induced infringement are hereby DISMISSED.

　　　IT IS SO ORDERED.

Dated: _____　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Edward J. Davila
　　　　　　　　　　　　　　　　　　　　United States District Judge