UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETFUEL, INC.,<br>　　　　Plaintiff,<br>　　v.<br>CISCO SYSTEMS INC.,<br>　　　　Defendant. | Case No. 5:18-cv-02352-EJD<br><br>**PATENT SCHEDULING ORDER** |

This case is scheduled for a case management conference on July 19, 2018. Based on the parties' Joint Case Management Statement, the court has determined a schedule for the case can be set without the necessity of an appearance at this time. Accordingly, the July 19, 2018 Case Management Conference is VACATED, and

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the modifications set forth in Paragraph 22 of the Joint Case Management Statement are made to the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge. Any disputes regarding any party's Patent Disclosures—including any request to amend pursuant to Patent L.R. 3-6—are likewise referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Initial Disclosures | July 18, 2018 |
| Infringement Contentions (see Patent L.R. 3-1, 3-2, and 3-5) *(≈14 days after the Initial Case Management Conference)* | August 2, 2018 |
| Invalidity Contentions (see Patent L.R. 3-3, 3-4, and 3-5) *(≈45 days after the Infringement Contentions)* | September 18, 2018 |
| Exchange of Proposed Terms for Construction (see Patent L.R. 4-1) *(≈14 days after Invalidity Contentions)* | October 2, 2018 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (see Patent L-R 4-2) *(≈21 days after Proposed Terms for Construction)* | October 23, 2018 |
| Damages Contentions (see Patent L.R. 3-8) | November 6, 2018 |
| Joint Claim Construction and Prehearing Statement (see Patent L.R. 4-3) *(≈60 days after the Invalidity Contentions)* | November 16, 2018 |
| Responsive Damages Contentions (see Patent L.R. 3-9) | December 6, 2018 |
| Close of Claim Construction Discovery (see Patent L.R. 4-4) *(≈30 days after the Joint Claim Construction and Prehearing Statement)* | December 18, 2018 |
| Opening Claim Construction Brief (see Patent L.R. 4-5) *(≈45 days after the Joint Claim Construction and Prehearing Statement)* | January 8, 2019 |
| Joint Case Management Statement for Interim Conference *(The Statement shall, among other things, update the court on the parties' readiness for the Markman hearing)* | January 8, 2019 |
| Interim Case Management Conference | January 17, 2019 at 10:00 a.m. |
| Responsive Claim Construction Brief (see Patent L.R. 4-5) | January 22, 2019 |
| Reply Claim Construction Brief (see Patent L.R. 4-5) *(≈7 days after Responsive Brief)* | January 29, 2019 |
| Case Tutorial (see Standing Order for Patent Cases) | February 28, 2019 at 1:30 p.m. |
| Claim Construction Hearing (see Standing Order for Patent Cases) | following Tutorial |

Case No.: 5:18-cv-02352-EJD
PATENT SCHEDULING ORDER

| Patent L.R. 3-7 Disclosures | April 19, 2019 |
|---|---|
| Joint Trial Setting Conference Statement | July 29, 2019 |
| Trial Setting Conference | August 8, 2019 at 11:00 a.m. |
| Fact Discovery Cut-off | August 23, 2019 |
| Designation of Opening Experts with Reports | October 4, 2019 |
| Responsive Expert Reports | November 1, 2019 |
| Designation of Rebuttal Experts with Reports | November 22, 2019 |
| Expert Discovery Cutoff | December 20, 2019 |
| Deadline for Filing Dispositive Motions[1] | January 23, 2020 |
| Deadline to File Responsive Briefs to Dispositive Motions | February 14, 2020 |
| Deadline to File Reply Briefs to Dispositive Motions | March 6, 2020 |

IT IS FURTHER ORDERED that the parties shall read and comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Trial Setting Conference Statement and all other pretrial submissions.

IT IS FURTHER ORDERED that the parties shall read and comply with the Standing Order for Patent Cases, a copy of which is available from the Clerk of the Court,[2] with regard to a variety of issues unique to patent cases.

**IT IS SO ORDERED.**

Dated: July 11, 2018

EDWARD J. DAVILA
United States District Judge

---

[1] This is the last date for *filing* dispositive motions. The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

[2] Judge Davila's standing orders are also available on the court's website at www.cand.uscourts.gov/ejdorders.

Case No.: 5:18-cv-02352-EJD
PATENT SCHEDULING ORDER