UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETFUEL, INC., <br>     Plaintiff, <br> v. <br> CISCO SYSTEMS INC., <br>     Defendant. | Case No. 5:18-cv-02352-EJD <br><br> **SCHEDULING ORDER** <br> Re: Dkt. No. 146 |

On August 1, 2019 the parties appeared before Judge Edward J. Davila for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the conference,

IT IS HEREBY ORDERED the previous case schedule (*see* Dkt. No. 72) is vacated.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Joint Trial Setting Conference Statement | September 16, 2019 |
| Trial Setting Conference | 11:00 a.m. on September 26, 2019 |
| Fact Discovery Cutoff | October 3, 2019 |
| Designation of Opening Experts with Reports | October 24, 2019 |
| Responsive Expert Reports | November 14, 2019 |
| Designation of Rebuttal Experts with Reports | December 5, 2019 |
| Expert Discovery Cutoff | December 20, 2019 |

| NetFuel's Dispositive Motion | January 23, 2020 |
| --- | --- |
| Cisco's Opposition to NetFuel's Dispositive Motion | February 14, 2020 |
| NetFuel's Reply in Support of Its Dispositive Motion | March 6, 2020 |

**IT IS SO ORDERED.**

Dated: August 1, 2019

_____
EDWARD J. DAVILA
United States District Judge