Sarah E. Piepmeier (SBN 227094)
Elise S. Edlin (SBN 293756)
May Eaton (SBN 298123)
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
spiepmeier@perkinscoie.com
eedlin@perkinscoie.com
mayeaton@perkinscoie.com
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

*Attorneys for Defendant Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NETFUEL, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC.,<br><br>Defendant. | CASE NO. 5:18-cv-2352-EJD (NMC)<br><br>**DECLARATION OF MAY EATON IN SUPPORT OF DEFENDANT CISCO SYSTEMS, INC.'S MOTION TO STRIKE PLAINTIFF NETFUEL, INC.'S SUPPLEMENTAL DAMAGES CONTENTIONS AND INTERROGATORY RESPONSES** |

I, May Eaton, do hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and am Counsel with the law firm of Perkins Coie LLP, located at 505 Howard Street, San Francisco, CA 94105. I am counsel for Defendant Cisco Systems, Inc., ("Cisco") in the above-captioned matter. I have personal knowledge of the matters set forth below and, if called and sworn as a witness, I could and would testify competently to the facts set forth herein.

2. I make this declaration in support of Cisco's Motion to Strike Plaintiff's Supplemental Damages Contentions and Interrogatory Responses.

3. On May 1, 2020, NetFuel served Second Supplemental Damages Contentions and Second Supplemental Responses to Cisco's Interrogatory Nos. 10, 15, and 20.

4. Cisco served Interrogatory No. 10 on October 16, 2018. After meeting and conferring by phone and over email, on March 21, 2019, Cisco served a letter on NetFuel addressing, among other discovery deficiencies, NetFuel's lack of a response to Interrogatory No. 10. Despite this, NetFuel did not provide a response to Interrogatory No. 10 with the requested information about PlexOS practicing the patents. The parties kept meeting and conferring via email regarding Interrogatory No. 10 through summer 2019, when Cisco sent NetFuel a draft joint letter brief seeking to compel a response to Interrogatory No. 10. The parties exchanged drafts of this letter brief until NetFuel sent the August 19, 2019 S. Seigel Email to L. Cutri stating that it would not rely on PlexOS in this litigation.

5. NetFuel did not supplement its damages contentions until the last day of fact discovery, October 3, 2019.

6. Cisco served Interrogatory Nos. 15 and 20 on July 24, 2019. NetFuel served its responses on August 23, 2019.

7. My colleague, Elise Edlin, deposed NetFuel's damages expert, Mr. Bratic on December 19, 2019. I deposed NetFuel's validity and infringement expert, Dr. Rubin, on December 16 and 17, 2019. NetFuel declined to depose Cisco's damages expert, Dr. Leonard.

8. On May 6, 2020, Cisco asked NetFuel to withdraw its May 1, 2020 Second Supplemental Damages Contentions and Second Supplemental Responses to Cisco's Interrogatory

Nos. 10, 15, and 20 (collectively "Supplemental Disclosures"). NetFuel requested that the parties meet and confer, and the parties did meet and confer by email and, on May 21, 2020, by phone. NetFuel did not agree to withdraw its Supplemental Disclosures. The parties agreed that no resolution could be reached on May 26, 2020.

9. Attached as Exhibit 1 is a true and correct copy of NetFuel's May 1, 2020 Second Supplement to Its Preliminary Damages Contentions with redlines generated by NetFuel showing changes over NetFuel's October 3, 2019 [First] Supplement to its Preliminary Damages Contentions.

10. Attached as Exhibit 2 is a true and correct copy of NetFuel's May 1, 2020 Second Supplemental Responses and Objections to Cisco's Interrogatory Nos. 10, 15, and 20.

11. Attached as Exhibit 3 is a true and correct copy of excerpts from NetFuel's July 30, 2018 Responses and Objections to Cisco's First Set of Interrogatories (Nos. 1-8).

12. Attached as Exhibit 4 is a true and correct copy of the March 21, 2019 Eaton Letter to NetFuel.

13. Attached as Exhibit 5 is a true and correct copy of the August 19, 2019 S. Seigel Email to L. Cutri.

14. Attached as Exhibit 6 is a true and correct copy excerpts from of NetFuel's November 15, 2018 Objections and Responses to Cisco's Second Set of Interrogatories (Nos. 9-10).

15. Attached as Exhibit 7 is a true and correct copy of the November 21, 2018 Kang Letter to NetFuel.

16. Attached as Exhibit 8 is a true and correct copy of excerpts from NetFuel's August 23, 2019 Responses and Objections to Cisco's Fourth Set of Interrogatories (Nos. 12-25).

17. Attached as Exhibit 9 is a true and correct copy of excerpts from NetFuel's October 3, 2019 [First] Supplemental Responses and Objections to Cisco's Interrogatories Nos. 1, 2, 5, 7, 10, 11, 13, 15, 16, 19 & 20.

18. Attached as Exhibit 10 is a true and correct copy of excerpts from the deposition transcript of Mr. James Harlow, dated October 3, 2019.

19. Attached as Exhibit 11 is a true and correct copy of the March 29, 2019 R. Burningham Email to Eaton.

20. Attached as Exhibit 12 is a true and correct copy of the May 12, 2020 F. Short Email to S. Piepmeier.

21. Attached as Exhibit 13 is a true and correct copy of NetFuel's November 6, 2018 Preliminary Damages Contentions.

22. Attached as Exhibit 14 is a true and correct copy of NetFuel's October 3, 2019 [First] Supplement to Its Preliminary Damages Contentions.

23. Attached as Exhibit 15 is a true and correct copy of the May 6, 2020 Piepmeier Letter to NetFuel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: May 29, 2020                    PERKINS COIE LLP

                                                     */s/ May Eaton*
                                                       May Eaton

                                                       *Attorney for Defendant Cisco Systems, Inc.*