Floyd G. Short (*pro hac vice*)
Matthew R. Berry (*pro hac vice*)
Steven M. Seigel (*pro hac vice*)
P. Ryan Burningham (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Phone: (206) 516-3800
Fax: (206) 516-3883
fshort@susmangodfrey.com
mberry@susmangodfrey.com
sseigel@susmangodfrey.com
rburningham@susmangodfrey.com

Kalpana Srinivasan (CA Bar No. 237460)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com

*Attorneys for Plaintiff NetFuel, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| NETFUEL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | Case No. 5:18-cv-2352-EJD (NMC) <br><br> **AGREED MOTION TO DISMISS WITH PREJUDICE** |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, the Plaintiff NetFuel, Inc. ("NetFuel") and Defendant Cisco Systems, Inc. ("Cisco") have agreed to settle, adjust, and compromise all claims and counterclaims in the above-captioned action, with the Court retaining jurisdiction over any controversy or claim relating to the terms and conditions of the parties' settlement agreement until the date that Cisco makes the payment specified in Section 4.2 of that agreement. The parties,

therefore, move this Court to dismiss the above-entitled cause and all claims by NetFuel against Cisco and all counterclaims by Cisco against NetFuel made therein with prejudice to the re-filing of same.

The parties further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

A proposed Order accompanies this motion.

AGREED:

*/s/ Matthew R. Berry*
Floyd G. Short (*pro hac vice*)
Matthew R. Berry (*pro hac vice*)
Steven M. Seigel (*pro hac vice*)
P. Ryan Burningham (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
phone: (206) 516-3800
Fax: (206) 516-3883
fshort@susmangodfrey.com
mberry@susmangodfrey.com
sseigel@susmangodfrey.com
rburningham@susmangodfrey.com

Kalpana Srinivasan, CA State Bar No. 237460
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com

ATTORNEYS FOR PLAINTIFF

*/s/ Sarah E. Piepmeier*
Sarah E. Piepmeier (SBN 227094)
Elise S. Edlin (SBN 293756)
May Eaton (SBN 298123)
Andrew Ohlert (SBN 306443)
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
spiepmeier@perkinscoie.com
eedlin@perkinscoie.com
mayeaton@perkinscoie.com
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Ramsey M. Al-Salam (SBN 109506)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
RAlsalam@perkinscoie.com
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

ATTORNEYS FOR DEFENDANT