Floyd G. Short (*pro hac vice*)
Matthew R. Berry (*pro hac vice*)
Steven M. Seigel (*pro hac vice*)
P. Ryan Burningham (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Phone: (206) 516-3800
Fax: (206) 516-3883
fshort@susmangodfrey.com
mberry@susmangodfrey.com
sseigel@susmangodfrey.com
rburningham@susmangodfrey.com

Kalpana Srinivasan (CA Bar No. 237460)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com

*Attorneys for Plaintiff NetFuel, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NETFUEL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | Case No. 5:18-cv-2352-EJD (NMC) <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff NetFuel, Inc. ("NetFuel") and Defendant Cisco Systems, Inc. ("Cisco"), announced to the Court that they have settled their respective claims for relief asserted in this case and jointly moved this Court to dismiss the above-entitled cause and all claims by NetFuel against Cisco and all counterclaims by Cisco against NetFuel with prejudice, with the Court retaining jurisdiction over any controversy or claim relating to the terms and conditions of the parties' settlement agreement until the date that Cisco makes the payment specified in Section

4.2 of that agreement. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims against Cisco by NetFuel and against NetFuel by Cisco herein are dismissed, with prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS FURTHER ORDERED that the Court will retain jurisdiction over any controversy or claim relating to the terms and conditions of the parties' settlement agreement until the date that Cisco makes the payment specified in Section 4.2 of that agreement.

This is a final judgment.

Signed this  February  day of 11, 2021.

EDWARD J. DAVILA
United States District Judge